O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DWAIN CHALFANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>　　　　Defendants. | Case No. EDCV 15-1645-JGB (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　On June 26, 2017, the Magistrate Judge filed a Report and Recommendation ("June 26 R&R") recommending that the Court issue an order denying Defendants' Motion to Dismiss the Complaint as untimely and granting Defendants' Motion to Dismiss all claims against the County of San Bernardino ("County") and Sheriff John McMahon without leave to amend. Plaintiff's objections to the June 26 R&R were due no later than July 17, 2017.

　　　　On June 23, July 10, and July 21, 2017, documents mailed to Plaintiff by the Court were returned by the postal service as undeliverable.

　　　　Accordingly, on July 24, 2017, the Magistrate Judge issued an Order to Show Cause ("OSC") why this action should not be dismissed for failure to prosecute and failure to obey court orders. Plaintiff's response to the OSC was due no later than August 7, 2017.

On August 9, 2017, after Plaintiff failed to respond to the OSC, the Magistrate Judge filed another Report and Recommendation ("August 9 R&R") recommending that the Court issue an order dismissing the action for failure to prosecute and failure to comply with court orders. Plaintiff's objections to the August 9 R&R were due no later than August 30, 2017.

On September 7, 2017, Plaintiff filed a "Response to Magistrate's Order to Show Cause" ("Plaintiff's Response"), which the Court has considered despite its untimeliness.

On September 12, 2017, Defendants filed a "Response to Plaintiff Raymond Dwain Chalfant's Response to This Court's Order to Show Cause and Request for Dismissal Due to Plaintiff's Consistent Violations of This Court's Numerous Orders" ("Defendants' Response"), in which Defendants outline Plaintiff's numerous violations of Court orders, failure to prosecute his case diligently, and failure to state a cognizable civil rights claim against the County and McMahon.

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the June 26 and August 9 R&Rs. The Court has engaged in a de novo review of the R&Rs in their entirety, despite the lack of formal objections filed by Plaintiff. The Court accepts the findings and recommendations of the Magistrate Judge for the reasons set forth in the June 26 R&R, the August 9 R&R, and Defendants' Response. Plaintiff has repeatedly failed to comply with court orders and has failed to prosecute his case diligently. Defendants have been prejudiced by Plaintiff's conduct. Moreover, Plaintiff has failed to state a viable claim against the County and McMahon and has failed to effectuate service on the remaining Defendants. In these circumstances, dismissal is appropriate.

///
///
///
///

Accordingly, IT IS ORDERED that: (1) Defendants' Motion to Dismiss is granted; (2) Judgment shall be entered dismissing this action with prejudice as to the County and McMahon and without prejudice as to the remaining Defendants.

DATED: September 26, 2017

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE