JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DWAIN CHALFANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 15-1645-JGB (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice as to Defendants County of San Bernardino and John McMahon and without prejudice as to the remaining Defendants.

DATED: September 26, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE